# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J. | U.S. SOUTHERN DISTRICT OF OHIO | 09/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 1/1/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 227
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL MANAGER | MILFORD ONE LLC |
| 2. | BOARD MEMBER | NATIONAL UNDERGROUND RAILROAD FREEDOM CENTER |
| 3. | BOARD MEMBER | SWEL FOUNDATION |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Investment Account #1 (H) | | | | | | | | | |
| 2. | CASH HELD IN CUSTODIAN - CHARLES SCHWAB | C | Interest | P1 | T | | | | | |
| 3. | BOSTON PROPERTIES LP 3.8% due 2/1/24; BONDS | B | Interest | K | T | | | | | |
| 4. | BP CAPITAL MARKETS PLC 2.237% DUE 5/10/19; BONDS | A | Interest | | | Sold | 01/23/19 | K | | |
| 5. | ECOLAB INC. 2.25% due 01-12-20; BONDS | A | Interest | K | T | | | | | |
| 6. | ENTERGY LOUISIANA 3.3% due 12-01-22; BONDS | B | Interest | K | T | | | | | |
| 7. | ESSEX PORTFOLIO, L.P. 3.875% due 5/1/24; BONDS | A | Interest | K | T | | | | | |
| 8. | GATX CORP 2.5% DUE 7/30/19; BONDS | A | Interest | | | Matured | 07/30/19 | K | | |
| 9. | INTERCONTINENTALEXCHANGE GROUP INC 2.75% DUE 12-01-20; BONDS | B | Interest | K | T | | | | | |
| 10. | JB HUNT TRANSPORT SVCS 2.4% DUE 3/15/19; BONDS | A | Interest | | | Sold | 01/23/19 | K | | |
| 11. | JM SMUCKER CO 3.000% Due 3/15/22; BONDS | A | Interest | K | T | | | | | |
| 12. | NEXTERA ENERGY C 3.15% 04-01-24; BONDS | A | Interest | K | T | Buy | 07/31/19 | K | | |
| 13. | ROPER TECHNOLOGIES 3.0% DUE 12-15-20; BONDS | A | Interest | K | T | | | | | |
| 14. | UNITEDHEATH GROUP INC 2.875% DUE 12-15-21; BONDS | B | Interest | K | T | | | | | |
| 15. | US BANCORP 3.6% DUE 9/11/24; BONDS | A | Interest | K | T | | | | | |
| 16. | ZOETIS INC 3.25% DUE 02-01-23; BONDS | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. AIR PROD & CHEMICAL (Versum Materials); EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 18. ALPHABET INC. CLASS C; EQUITIES | | None | | | Sold | 09/23/19 | K | D | |
| 19. BANK OF AMERICA CORP; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | A | |
| 20. BANK OF NY MELLON CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | B | |
| 21. TRUIST FINANCIAL CORP PFD (BB&T CORPORATION 5.2% PFD); EQUITIES | A | Dividend | | | Buy | 01/23/19 | K | | |
| 22. | | | | | Sold | 09/23/19 | K | B | |
| 23. TRUIST FINANCIAL CORP (BB&T CORPORATION); EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 24. BECTON DICKINSON & CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 25. BOEING CO; EQUITIES | A | Dividend | | | Buy | 01/23/19 | K | | |
| 26. | | | | | Sold | 03/11/19 | K | B | |
| 27. CARNIVAL CORP NEW F PAIRED STK SPECIAL VTG; EQUITIES | A | Dividend | | | Sold | 09/05/19 | J | | |
| 28. CHEVRON CORP; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 29. CITIZENS FINL GROUP; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 30. EMERSON ELECTRIC CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | C | |
| 31. FASTENAL CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 32. FEDEX CORP; EQUITIES | A | Dividend | | | Buy | 03/20/19 | J | | |
| 33. | | | | | Sold | 09/23/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. FISERV INC; EQUITIES | | None | | | Sold | 09/23/19 | K | E | |
| 35. GENERAL MILLS; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 36. ISHARES CORE S&P 500; ETF | B | Dividend | | | Buy<br>(add'l) | 01/23/19 | L | | |
| 37. | | | | | Sold | 09/23/19 | M | E | |
| 38. ISHARES MSCI EAFE; ETF | C | Dividend | | | Sold | 09/23/19 | M | D | |
| 39. ISHARES RUSSELL 2000; ETF | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 40. JOHNSON & JOHNSON; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 41. JP MORGAN CHASE & CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 42. KEYCORP 5.625% PFD; EQUITIES | A | Dividend | | | Buy | 05/22/19 | K | | |
| 43. | | | | | Sold | 09/23/19 | K | B | |
| 44. KRAFT HEINZ CO; EQUITIES | A | Dividend | | | Buy | 01/23/19 | K | | |
| 45. | | | | | Sold | 03/20/19 | J | | |
| 46. LAS VEGAS SANDS CORP; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | | |
| 47. LEAR CORPORATION; EQUITIES | A | Dividend | | | Buy | 04/08/19 | K | | |
| 48. | | | | | Sold | 09/23/19 | J | | |
| 49. LOWES COMPANIES INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 50. MARSH & MCLENNAN COMPANIES,<br>INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. MEDTRONIC PLC F; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 52. MERCK & CO INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 53. METLIFE INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | A | |
| 54. MICROCHIP TECHNOLOGY; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 55. MICROSOFT CORPORATION; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | E | |
| 56. MORGAN STANLEY; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 57. PARTNERRE 5.875% Pfd Ser I; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 58. PAYCHEX INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 59. PEPSICO INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 60. PFIZER INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | B | |
| 61. PHILIP MORRIS INTL; EQUITIES | A | Dividend | | | Sold | 01/23/19 | J | | |
| 62. PROCTER & GAMBLE CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 63. ROCKWELL AUTOMATION INC.; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | | |
| 64. ROYAL DUTCH SHELL; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | | |
| 65. SECTOR SPDR TECHNOLOGY SELECT SHARE; ETF | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 66. STRYKER CORP; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 67. SYSCO CORPORATION; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. TEXAS INSTRUMENTS; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | D | |
| 69. TJX COMPANIES INC; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 70. UNION PACIFIC CORPORATION;<br>EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 71. UNITED TECHNOLOGIES CORP;<br>EQUITIES | | None | | | Sold | 01/23/19 | K | | |
| 72. UNITEDHEALTH GROUP INC;<br>EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 73. VERIZON COMMUNICATIONS;<br>EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | C | |
| 74. VISA INC CLASS A; EQUITIES | A | Dividend | | | Sold | 09/23/19 | K | E | |
| 75. WALT DISNEY CORPORATION;<br>EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | D | |
| 76. 3M CO; EQUITIES | A | Dividend | | | Sold | 09/23/19 | J | A | |
| 77. Investment Account #2 (H) | | | | | | | | | |
| 78. CASH HELD IN CUSTODIAN -<br>CHARLES SCHWAB | B | Interest | O | T | | | | | |
| 79. BANK OF AMERICA FIX TO FLOAT<br>PREF 5.125% DUE 12/29/49; BONDS | C | Interest | | | Sold<br>(part) | 08/2/19 | L | A | |
| 80. | | | | | Sold | 10/28/19 | J | A | |
| 81. BEACHWOOD OH CITY SCHOOL<br>DISTRICT GO 3.0% DUE 12/1/24;<br>BONDS | C | Interest | M | T | | | | | |
| 82. BEAVERCREEK OH CITY SCHOOL GO<br>4.75% DUE 12/1/24; BONDS | D | Interest | | | Redeemed | 06/01/19 | M | | |
| 83. BURLINGTON CNTY NJ GO Ser A 2.0%<br>DUE 1/15/21; BONDS | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. CAPITAL ONE FINL VAR; BONDS | C | Interest | L | T | | | | | |
| 85. CITIZENS FINANCIAL GROUP VAR 99; BONDS | D | Interest | M | T | | | | | |
| 86. COWLITZ CNTY WA GO 3.0% DUE 11/1/19; BONDS | B | Interest | | | Matured | 11/01/19 | L | | |
| 87. IOWA LAKES IA COMMUNITY COLLEGE GO BAM 2.0% Due 06/01/20; BONDS | C | Interest | M | T | | | | | |
| 88. IOWA STATE WESTERN COMMUNITY COLLEGE SER A GO 3.0% DUE 6/1/21; BONDS | C | Interest | M | T | | | | | |
| 89. JEFFERSON CNTY OH GO AGC 2.125% DUE 12/1/20; BONDS | B | Interest | M | T | | | | | |
| 90. KENTON CNTY KY SCHOOL DIST 4.5% DUE 2/1/23; BONDS | D | Interest | | | Redeemed | 02/01/19 | M | A | |
| 91. KENTUCKY ST RURAL FINANCE WATER 4.0% DUE 2/1/24; BONDS | D | Interest | M | T | | | | | |
| 92. KENTUCKY STATE ASSN OF COUNTIES FINANCING 4.25%; BONDS | D | Interest | N | T | | | | | |
| 93. MCCRAKEN CNTY KY GO 2.5% DUE 12/1/22; BONDS | D | Interest | N | T | | | | | |
| 94. MEDINA CNTY OH LIBRARY DISTRICT GO 3.0% DUE 12/1/23; BONDS | C | Interest | M | T | | | | | |
| 95. NATIONAL POWER CORP 9.625% DUE 5/15/28; BONDS | A | Interest | J | T | | | | | |
| 96. OHIO UNIVERSITY GNRL RCPTS ATHENS REV 2.0% DUE 12/1/19; BONDS | B | Interest | | | Matured | 12/01/19 | L | | |
| 97. PIERCE CNTY WA SEWER REV SER A 3.0% DUE 8/1/19; BONDS | C | Interest | | | Matured | 08/01/19 | M | | |
| 98. TRUIST FINL CORP VAR (SUNTRUST FIX TO FLOAT 5.125% DUE 12/15/27); BOND | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 99. UNIVERSITY OF TOLEDO OH SER C REV 5.0% DUE 6/1/26; BONDS | D | Interest | M | T | | | | | |
| 100. WYOMING MI WATER SUPPLY SYSTEM REV 3.125% DUE 6/1/22; BONDS | C | Interest | M | T | | | | | |
| 101. AIR PRODUCTS AND CHEMICALS; EQUITIES | C | Dividend | M | T | | | | | |
| 102. ALPHABET INC. CLASS C; EQUITIES | | None | M | T | | | | | |
| 103. BECTON DICKINSON & CO; EQUITIES | B | Dividend | M | T | | | | | |
| 104. CHEVRON CORP; EQUITIES | B | Dividend | L | T | | | | | |
| 105. CINCINNATI FINANCIAL CORP; EQUITIES | B | Dividend | M | T | | | | | |
| 106. CITIZENS FINL GROUP; EQUITIES | D | Dividend | M | T | | | | | |
| 107. DANAHER CORP; EQUITIES | A | Dividend | M | T | | | | | |
| 108. DELTA AIR LINES; EQUITIES | A | Dividend | J | T | | | | | |
| 109. EMERSON ELECTRIC CO; EQUITIES | B | Dividend | L | T | | | | | |
| 110. EXXON MOBIL CORP; EQUITIES | C | Dividend | L | T | | | | | |
| 111. FASTENAL CO; EQUITIES | C | Dividend | M | T | | | | | |
| 112. ISHARES MSCI EAFE; ETF | C | Dividend | M | T | Sold (part) | 01/23/19 | K | B | |
| 113. ISHARES RUSSELL 2000; ETF | C | Dividend | M | T | | | | | |
| 114. JOHNSON & JOHNSON; EQUITIES | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. JP MORGAN CHASE & CO; EQUITIES | C | Dividend | M | T | | | | | |
| 116. KRAFT HEINZ CO; EQUITIES | C | Dividend | L | T | Buy | 01/23/19 | L | | |
| 117. LAS VEGAS SANDS CORP; EQUITIES | C | Dividend | L | T | | | | | |
| 118. LOWES COMPANIES INC; EQUITIES | B | Dividend | M | T | | | | | |
| 119. MARRIOTT INTL INC CLASS A; EQUITIES | B | Dividend | M | T | | | | | |
| 120. MARSH & MCLENNAN COMPANIES, INC; EQUITIES | B | Dividend | M | T | | | | | |
| 121. MEDTRONIC PLC F; EQUITIES | B | Dividend | M | T | | | | | |
| 122. MERCK & CO INC; EQUITIES | D | Dividend | M | T | | | | | |
| 123. METLIFE INC; EQUITIES | C | Dividend | M | T | | | | | |
| 124. MICROCHIP TECHNOLOGY; EQUITIES | B | Dividend | M | T | | | | | |
| 125. MICROSOFT CORP; EQUITIES | C | Dividend | N | T | | | | | |
| 126. MORGAN STANLEY; EQUITIES | C | Dividend | M | T | | | | | |
| 127. NESTLE ADR; EQUITIES | B | Dividend | L | T | | | | | |
| 128. NORFOLK SOUTHERN CO; EQUITIES | C | Dividend | M | T | | | | | |
| 129. PEPSICO INC; EQUITIES | C | Dividend | M | T | | | | | |
| 130. PFIZER INC; EQUITIES | C | Dividend | L | T | | | | | |
| 131. PROCTER & GAMBLE CO; EQUITIES | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 132. ROYAL DUTCH SHELL; EQUITIES | D | Dividend | L | T | | | | | |
| 133. SCHWAB INTERNATIONAL EQUITY; ETF | D | Dividend | N | T | | | | | |
| 134. SECTOR SPDR TECHNOLOGY SELECT SHARE; ETF | B | Dividend | M | T | | | | | |
| 135. TJX COMPANIES INC; EQUITIES | B | Dividend | M | T | | | | | |
| 136. TORONTO DOMINION BNK F; EQUITIES | C | Dividend | M | T | | | | | |
| 137. UNITED PARCEL SRVC CLASS B; EQUITIES | | None | | | Sold | 01/23/19 | L | | |
| 138. UNITED TECHNOLOGIES CORP; EQUITIES | | None | | | Sold | 01/23/19 | L | C | |
| 139. VERIZON COMMUNICATIONS; EQUITIES | C | Dividend | M | T | | | | | |
| 140. VISA INC CLASS A; EQUITIES | B | Dividend | M | T | | | | | |
| 141. WALGREEN CO; EQUITIES | C | Dividend | L | T | | | | | |
| 142. WALT DISNEY CORPORATION; EQUITIES | B | Dividend | M | T | | | | | |
| 143. WASTE MANAGEMENT INC; EQUITIES | C | Dividend | M | T | | | | | |
| 144. XILINX INC; EQUITIES | C | Dividend | M | T | | | | | |
| 145. ZIMMER BIOMET HOLDGS; EQUITIES | A | Dividend | M | T | Buy | 01/23/19 | L | | |
| 146. 3M CO; EQUITIES | C | Dividend | M | T | | | | | |
| 147. WOMEN'S CAPITAL CLUB (H) | | | | | | | | | |
| 148. CASH HELD IN CUSTODIAN - CHARLES SCHWAB | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149.  ALPHABET INC CL A VOTING; EQUITIES | | None | L | T | | | | | |
| 150.  AMERICAN WATER WORKS; EQUITIES | A | Dividend | K | T | Buy | 01/11/19 | K | | |
| 151.  ANTHEM INC; EQUITIES | A | Dividend | L | T | | | | | |
| 152.  APPLE INC; EQUITIES | B | Dividend | M | T | | | | | |
| 153.  JOHNSON & JOHNSON; EQUITIES | B | Dividend | K | T | | | | | |
| 154.  NETFLIX.COM INC; EQUITIES | | None | L | T | Sold (part) | 10/18/19 | K | E | |
| 155.  SKYWORKS SOLUTIONS INC; EQUITIES | A | Dividend | L | T | | | | | |
| 156.  TATA MOTORS LTD - SPNS ADR; EQUITIES | | None | | | Sold | 10/18/19 | J | | |
| 157.  TESLA MOTORS INC; EQUITIES | | None | L | T | | | | | |
| 158.  TREASURY WINE ESTATE F; EQUITIES | A | Dividend | K | T | | | | | |
| 159.  VALVOLINE INC; EQUITIES | A | Dividend | | | Sold | 10/18/19 | K | C | |
| 160.  WALT DISNEY CO; EQUITIES | | None | K | T | Buy | 10/18/19 | K | | |
| 161.  ISHARES MSCI USA ESG SELECT, ETF | A | Dividend | L | T | | | | | |
| 162.  RYDEX BIOTECHNOLOGY FUND, EQUITY FUND | B | Distribution | K | T | | | | | |
| 163.  CROWN CASTLE INTL CO, REIT | B | Dividend | K | T | | | | | |
| 164.  Fifth Third Checking Account | A | Interest | L | T | | | | | |
| 165.  WOMENS CAPITAL CLUB PARTNERSHIP (2.2727% OWNERSHIP) | | None | K | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 166.  Milford One LLC | | None | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I

NATIONAL UNDERGROUND RAILROAD FREEDOM CENTER BOARD MEMBER; TERM ENDED IN OCTOBER 2019

PART VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CAPITAL CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.2727%.

DURING 2019, INVESTMENTS WERE REORGANIZED BY INVESTMENT ACCOUNT, THEN ALPHABETICALLY BY INVESTMENT TYPE

LINES 2, 78 AND 148 ARE CASH BALANCES HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

JUDGE DLOTT FILES A TAX RETURN SEPARATE FROM HER ▓▓▓▓▓ (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER ▓▓▓▓▓ ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ SUSAN J. DLOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544